IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES W. McCALL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

No. CR 00-00505 WHA

related case:

No. C 13-02775 WHA

**ORDER TO SHOW CAUSE**

Defendant has moved to vacate, set aside or correct his sentence. The motion and files do not "conclusively show" that defendant is not entitled to relief. See 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within sixty days why the motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. The Clerk shall **SERVE** this order upon defendant and the United States. If the government opposes the motion, defendant shall have 30 days from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: June 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE