BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157
    Facsimile: (415) 436-7234
    Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> CHARLES W. McCALL, Jr., ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 00-0505 (WHA) <br><br> STIPULATION AND <br> [PROPOSED] ORDER <br> EXTENDING TIME TO RESPOND <br> TO DEFENDANT'S MOTION <br> PURSUANT TO 28 U.S.C. § 2255 |

      WHEREAS, on or about June 18, 2013, the defendant moved to vacate his sentence pursuant to 28 U.S.C. § 2255.

      WHEREAS, on or about June 24, 2013, the Court ordered the government to show cause within "sixty days" or by August 24, 2013 why the motion should not be granted.

      WHEREAS, undersigned counsel for the government has been scheduled to try two other cases that are related to a long-standing insider trading investigation beginning August 26, 2013 (*United States v. Bayyouk*, Case No. CR 12-0420 EMC) and beginning September 16, 2013 (*United States v. Salman*, Case No. CR 11-0625 EMC) and anticipates that he will be fully engaged in these trials through at least October 4, 2013.

      WHEREAS, counsel for the government therefore requests an adjournment of the

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255, CASE NO. CR 00-0505 (WHA)

government's time to answer the defendant's pending motion until October 24, 2013.

WHEREAS, counsel for the defendant consents to an adjournment until only September 24, 2013 but will not consent to an adjournment until October 24, 2013.

STIPULATED AND AGREED TO:

DATED: August 9, 2013   MELINDA HAAG
United States Attorney

/s/
_____

Adam A. Reeves
Assistant United States Attorney

DATED:  August 9, 2013

/s/
_____

William L. Osterhoudt, Esq.
Law Offices of William L. Osterhoudt
Counsel for Defendant

## ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN,**

**IT IS SO ORDERED THAT** the government's time to respond to the defendant's motion to vacate pursuant to 28 U.S.C. § 2255 shall be extended until October 24, 2013.

Dated: August 14, 2013

_____
Hon. William H. Alsup
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255, CASE NO. CR 00-0505 (WHA)